John R. Keough, III (JK 6013)
**WAESCHE, SHEINBAUM & O'REGAN, P.C.**
Attorneys for Defendants
CAT ISLAND SHIPPING, LTD. and
TRIREME VESSEL MANAGEMENT
111 Broadway, 4th Floor
New York, New York 10006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MICHAEL DeBIASE,

                        Plaintiff,

            -against-

CAT ISLAND SHIPPING, LTD., and TRIREME
VESSEL MANAGEMENT,

                       Defendants.
-------------------------------------------------------------------X

ECF

07 Civ. 3057 (JG)(MDG)

**AFFIDAVIT OF SERVICE BY
MAIL AND FACSIMILE**

STATE OF NEW YORK    )
                              )ss.:
COUNTY OF NEW YORK  )

        Shaleem T. Grant, being duly sworn, deposes and says:

        1.        Deponent is not a party to the action, is over 18 years of age and resides in Kings County.

        2.        On October 16, 2007 deponent caused **DEFENDANTS' INITIAL DISCLOSURE PURSUANT TO RULE 26(a)(1)** to be served on the following by enclosing a true copy of same in a properly addressed stamped wrapper and by facsimile transmission to the address and fax number listed below:

Lawrence P. Biondi (LP 9167)
Attorney for Plaintiff
MICHAEL DeBIASE
**LAW OFFICES OF LAWRENCE P. BIONDI**
81 Main Street, Suite 504
White Plains, New York 10601
Tel.: (914) 949-5093
Fax: (914) 946-7372

Dated: New York, New York
October 17, 2007

_____
Shaleem T. Grant

Sworn to before me this
17th day of October 2007

_____
Notary Public

MARYANN C. POWERS
Notary Public, State of New York
No. 01PO4629292
Qualified in Richmond County
Commission Expires August 31, 2010