**MINUTE ORDER**

**DEBIASE V. CAT ISLAND SHIPPING, LTD. ET AL**, **07cv03057** (JG)(MDG)

This order summarizes rulings made on the record at a conference on March 17, 2009. Plaintiff's motion for discovery (ct. doc. 29) is granted only as follows:

1. Defendants must supplement responses to interrogatory 3(a) to incorporate testimony of Capt. Lissek.

2. As to interrogatories 3(c) and 4, defendants must provide work orders and the specifications and work survey as to the work performed or contemplated concerning foundation fittings and twist locks for the "Barrington Island" and "Hood Island."

3. As to interrogatories 5 and 6, defendants must provide the dates of any modifications to foundation fittings and twist locks made on any "Island class" vessel owned or managed by them. The vessel must be identified.

4. Defendants must provide responses ordered by 4/16/09.

5. This ruling is not a ruling as to admissibility of any discovery response ordered.

**SO ORDERED.**

Dated:   Brooklyn, New York
         March 17, 2009

/s/_____
MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE